UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD H. WARREN,

    Plaintiff,

v.

DEPARTMENT OF CORRECTIONS, MCNEIL ISLAND CORRECTION CENTER, STATE OF WASHINGTON, MCNEIL ISLAND CORRECTION CENTER HEALTH SERVICE UNIT, DR. FRANK LONGANO, LINDA BODINE, KENNETH TAYLOR, RON VAN BOENING, ELDON VAIL, ROB MCKENNA, NANCY ARMSTRONG, and JAMES ANDERSON,

    Defendants.

NO. C10-5239 RBL/KLS

ORDER DENYING MOTION FOR TRANSPORT AND HOUSING

Before the court is Plaintiff's Motion for Transport and Housing. ECF No. 30. Plaintiff asks for an order directing his transport from the Stafford Creek Correctional Facility to the United States District Courthouse in Tacoma "for trial purposes on August 1, 2, 3, 4, 5, 8, 9, 10, 2011." ECF No. 30, p. 2. This case is not currently set for trial. None of the pretrial deadlines set in this case have passed. *See* Pretrial Scheduling Order dated August 25, 2010 (discovery completed by February 25, 2011; dispositive motions due by April 29, 2011, and Joint Status Report due by July 29, 2011). ECF No. 28.

ORDER - 1

1  There are also no motions currently pending before the court requiring Plaintiff's
2  presence.  In addition, unless otherwise ordered by the court, all motions will be decided by the
3  court without oral argument and counsel and parties shall not appear on the date a motion is
4  noted.  CR 7(b) (4).   Thus, Plaintiff's motion is moot.  He may file his request for transport at
5  a later time if it is determined that a trial is necessary and if so, to what extent travel may be
6  required.

Accordingly, it is **ORDERED:**

(1)  Plaintiff's motion for transport (ECF No. 30) is **DENIED.**

(2)  The Clerk shall send copies of this Order to Plaintiff and counsel for Defendants.

DATED this  1st  day of November, 2010.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2