UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICHARD H. WARREN,<br><br>                      Plaintiff,<br>  v.<br><br>DEPARTMENT OF CORRECTIONS, MCNEIL ISLAND CORRECTION CENTER, STATE OF WASHINGTON, MCNEIL ISLAND CORRECTION CENTER HEALTH SERVICE UNIT, DR. FRANK LONGANO, LINDA BODINE, KENNETH TAYLOR, RON VAN BOENING, ELDON VAIL, ROB MCKENNA, NANCY ARMSTRONG, and JAMES ANDERSON,<br><br>                      Defendants. | No. C10-5239 RBL/KLS<br><br>**ORDER REGARDING PLAINTIFF'S "DISPOSITORY"** |

Before the court is Plaintiff's "(Dispository) of Plaintiff For a Claim of Reprisal by DOC SCCC Against Plaintiff Due to Plaintiff's Civil Action, and For Plaintiff's Interception of Mail Reporting, and For Plaintiff's Immediate Stoppage Request." ECF No. 62.  In the filing, Plaintiff complains of a change in his classification and a request by a SCCC staff member for a no-contact order and transfer.  He requests that the court "take note of Defendants' actions in this case in the event Warren is found in a wooded area in Aberdeen or else where [sic], regarding this undocumented staff inmate incident that requires Warren to be immediately transferred out of SCC as a threat to all DOC staff." *Id.*, p. 2.

ORDER - 1

A request that the Court "take note" is not a proper request.  Plaintiff's filing is not in the form of a motion nor was it noted for hearing according to the Federal Rules of Civil Procedure. If Mr. Warren seeks relief from this Court, he must do so in the form of a motion setting out the underlying facts and specific relief sought.  The motion must be filed, served on defense counsel, and noted for hearing in accordance with the Federal Rules of Civil Procedure before the Court will consider the merits of any such request.  In addition, the Plaintiff is advised that any motion must be directly related to the claim(s) he set forth in the Complaint filed in this case.

Accordingly, it is **ORDERED:**

(1)   Plaintiff's "Dispository" (ECF No. 62) is **DENIED.**

(2)   The Clerk shall send copies of this Order to Plaintiff and counsel for Defendants.

**DATED** this   22nd   day of March, 2011.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2