UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICHARD H. WARREN,<br><br>       Plaintiff,<br><br> v.<br><br>DEPARTMENT OF CORRECTIONS, MCNEIL ISLAND CORRECTION CENTER, STATE OF WASHINGTON, MCNEIL ISLAND CORRECTION CENTER HEALTH SERVICE UNIT, DR. FRANK LONGANO, LINDA BODINE, KENNETH TAYLOR, RON VAN BOENING, ELDON VAIL, ROB MCKENNA, NANCY ARMSTRONG, and JAMES ANDERSON,<br><br>       Defendants. | No. C10-5239 RBL/KLS<br><br>**ORDER REGARDING PAYMENT OF FILING FEE** |

  Before the court is Plaintiff's Motion for Immediate Stoppage of Initial Pre-Trial Filing Fee. ECF No. 58. Plaintiff was granted leave to proceed in this matter *in forma pauperis*. ECF No. 8. Plaintiff states, however, that on February 22, 2011, he paid $230.40 (Receipt No. TAC008419), representing the balance due on the court's $350.00 filing fee. *Id.*, p. 2. A review of the court's records reflects that Plaintiff's $350.00 filing fee has been paid in full.

  Accordingly, it is **ORDERED:**

  (1) Plaintiff's motion for stoppage of pretrial filing fee (ECF No. 58) is **GRANTED.** Defendants are directed to advise the DOC that the debt for this filing fee has been satisfied and that no further deductions from Plaintiff's accounts should be made for this lawsuit.

ORDER - 1

1     (2)   The Clerk is directed to return to Plaintiff any further payments received from
2  DOC for this lawsuit.
3     (3)   The Clerk shall send copies of this Order to Plaintiff and counsel for Defendants.

**DATED** this  22nd  day of March, 2011.

                                     _____
                                     Karen L. Strombom
                                     United States Magistrate Judge

ORDER - 2