1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

7

RICHARD H. WARREN,

8
                                    Plaintiff,

9
        v.

10
DEPARTMENT OF CORRECTIONS,
MCNEIL ISLAND CORRECTION
CENTER, STATE OF WASHINGTON,
MCNEIL ISLAND CORRECTION
CENTER HEALTH SERVICE UNIT,
DR. FRANK LONGANO, LINDA
BODINE, KENNETH TAYLOR, RON
VAN BOENING, ELDON VAIL, ROB
MCKENNA, NANCY ARMSTRONG,
and JAMES ANDERSON,

11

12

13

14

15

16
                                    Defendants.

No. C10-5239 RBL/KLS

**ORDER DENYING PLAINTIFF'S
MOTION TO COMPEL**

17
        Before the court is Plaintiff's Motion to Compel.  ECF No. 57.  Pursuant to the Pretrial

18
Scheduling Order entered by the Court on August 25, 2010, all discovery in this matter was to be

19
completed by February 25, 2011.  ECF No. 28.  On January 13, 2011, Plaintiff's first motion for

20
discovery was denied because he had failed to send any discovery requests to Defendants.  ECF

21
No. 46.  At that time, the Court directed Plaintiff to Rules 26 through 37 of the Federal Rules of

22
Civil Procedure and advised Plaintiff that discovery rules provide each party with time limits for

23
responding to discovery requests and require that before a motion seeing an order compelling

24
discovery may be filed with the Court, the parties must confer in good faith in an attempt to

25
resolve their differences.  *Id.*, p. 2 (*citing* Fed. R. Civ. P. 37(a)(2)(B).   On January 21, 2011,

26

ORDER - 1

1   Plaintiff filed a second "Request for Discovery."  ECF No. 48.  The Clerk returned Plaintiff's

2   "Request" and notified Plaintiff that discovery requests are not to be filed with the clerk or court

3   and that no action will be taken on his "Request."  ECF No. 50.

4       On February 11, 2011, Mr. Warren filed a certificate of mailing indicating that he sent

5   "Depositions, Interrogatories, Requests for Production and Inspection, Requests for Admission,"

6   to counsel for Defendants.  ECF No. 55.  Less than thirty days later, on March 9, 2011, Plaintiff

7   filed a Motion to Compel the Defendants' responses to his "discovery request dated 1-19-2011."

8   He claims that Defendants' submitted documentation which was found to be deficient and that

9

10  Defendants should be ordered to disclose the "documents listed on page 1 of 6 in their entirety,"

11  because "eighty percent" of the discovery was "incomplete and non-relevant to the information

12  requested."  *Id.*, p. 2.  He further states that he seeks "Anderson and Armstrong declarations,

13  DOC 1993-1198 and DOC 2004-2005 MICC, AHCC and OCC medical primary encounters and

14  lab reports."  He claims that Defendants provided only 2006-2011 primary encounters or care

15  reports and lab reports.  *Id.*  In the remainder of his motion, Plaintiff attacks the credibility and

16  sufficiency of the Declarations of Drs. Longano and Lopin, which were submitted in support of

17

18  Defendants' motion for summary judgment.

19      The court is unable to determine what information is "incomplete and non-relevant to the

20  information requested."  Plaintiff has not attached the discovery requests and/or responses that

21  are in dispute.  Furthermore, Plaintiff has not included a certification that he has in good faith

22

23  conferred or attempted to confer with the Defendants in an effort to obtain the information he

24  seeks without court action.  *See* Fed. R. Civ. P.37(a)(1).

25      Accordingly, it is **ORDERED:**

26      (1)   Plaintiff's motion to compel (ECF No. 57) is **DENIED.**

ORDER - 2

(2)     The Clerk shall send copies of this Order to Plaintiff and counsel for Defendants.

**DATED** this   22nd   day of March, 2011.

Karen L. Strombom
United States Magistrate Judge

ORDER - 3