UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICHARD H. WARREN,<br><br>                Plaintiff,<br>    v.<br><br>DEPARTMENT OF CORRECTIONS, MCNEIL ISLAND CORRECTION CENTER, STATE OF WASHINGTON, MCNEIL ISLAND CORRECTION CENTER HEALTH SERVICE UNIT, DR. FRANK LONGANO, LINDA BODINE, KENNETH TAYLOR, RON VAN BOENING, ELDON VAIL, ROB MCKENNA, NANCY ARMSTRONG, and JAMES ANDERSON,<br><br>                Defendants. | No. C10-5239 RBL/KLS<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation [Dkt. #68], and the remaining record, does hereby find and **ORDER**:

    (1)    The Court adopts the Report and Recommendation.

    (2)    Defendants' Motion for Summary Judgment (ECF No. 52) is **GRANTED**; Plaintiff's claims are **Dismissed With Prejudice.**

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants and to the Hon. Karen L. Strombom.

**DATED** this 18th day of April, 2011.

       */s/ Benjamin H. Settle*
BENJAMIN H. SETTLE
United States District Judge
for Ronald B. Leighton
United States District Court Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2