# United States District Court
WESTERN DISTRICT OF WASHINGTON

RICHARD H. WARREN

v.

DEPARTMENT OF CORRECTIONS, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5239RBL/KLS

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Report and Recommendation.

Defendants' Motion for Summary Judgment (ECF No. 52) is **GRANTED**; and
Plaintiff's claims are **Dismissed With Prejudice**.

| | |
|---|---|
| April 19, 2011 | WILLIAM M. McCOOL |
| Date | Clerk |
| | *s/CM Gonzalez* |
| | Deputy Clerk |